S. D. Narayan, Esq. (SBN 130964)
Gregory M. Franchi, Esq. (SBN 133705)
THE NARAYAN LAW FIRM
2040 Pioneer Court, Second Floor
San Mateo, California 94403
Telephone: (650) 403-0150
Facsimile: (650) 403-0157

Attorneys for Defendant
The Federal Deposit Insurance Corporation,
as Receiver for Washington Mutual Bank
(erroneously sued as "Washington Mutual Bank, FA" and "FDIC")

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA; FDIC; JPMORGAN CHASE BANK NA; CALIFORNIA RECONVEYANCE COMPANY; U.S. BANK, NA; BANK OF AMERICA, NA; LA SALLE BANK, NA, as Trustee for Certificate of Holders of Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-OA1; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | Case No.  C 11-02780 LHK<br><br>**STIPULATION DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST THE FDIC, AS RECEIVER FOR WASHINGTON MUTUAL; AND [~~PROPOSED~~] ORDER** |

**STIPULATION**

Plaintiffs DAVID A. WATTS and BARBARA I. WATTS and Defendant The Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC"), by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiffs DAVID A. WATTS and BARBARA I. WATTS dismisses all causes of action with prejudice as to The Federal Deposit Insurance

1 | Corporation, as Receiver for Washington Mutual Bank (erroneously sued as "Washington Mutual Bank, FA" and "FDIC"), Washington Mutual Bank and the FDIC.  This dismissal shall not be effective against the remaining defendants.

2. The FDIC, as Receiver for Washington Mutual Bank, agrees that it will not seek costs or fees against Plaintiffs DAVID A. WATTS and BARBARA I. WATTS for the dismissal of these claims.

Dated: July 6, 2011                                    FAIR HOUSING LAW PROJECT


                                                       By:   /s/ Annette D. Kirkham, Esq.
                                                             Annette D. Kirkham, Esq.
                                                             Attorney for Plaintiffs
                                                             DAVID A. WATTS and BARBARA I. WATTS, husband and wife



Dated: July 6, 2011                                    THE NARAYAN LAW FIRM


                                                       By:   /s/ S. D. Narayan
                                                             S. D. Narayan, Esq.
                                                             Attorney for Defendant
                                                             FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK (erroneously sued as "Washington Mutual Bank, FA" and "FDIC").

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3      I, Annette D. Kirkham, attest that concurrence in the filing of this document has

4 been obtained from S.D. Narayan,

5      I declare under penalty of perjury that the foregoing is true and correct.  Executed

6 this 6<u>th</u> day of July 2011 at San Jose, California.

7

8                                              /s/ Annette D. Kirkham
                                            Annette D. Kirkham, Esq.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2 Upon good cause shown, IT IS HEREBY ORDERED that:

3 1. All of Plaintiffs' Causes of Action against the Federal Deposit Insurance
4 Corporation ("FDIC") as receiver of Washington Mutual Bank (erroneously sued as
5 "Washington Mutual Bank, FA" and "FDIC"), Washington Mutual Bank and the FDIC,
6 is hereby dismissed with prejudice.  This dismissal shall not prevent Plaintiffs from
7 pursuing their asserted claims against the other defendants.

8 2. The FDIC, as Receiver of Washington Mutual Bank, shall not seek costs or
9 fees against Plaintiffs David A. Watts and/or Barbara I. Watts, as a result of the dismissal
10 of these Causes of Action.

11 IT IS SO ORDERED.

12 Dated: July 12, 1011                                    _Lucy H. Koh_
13                                                         Honorable Judge Lucy H. Koh
                                                           United States District Court