KYRA A. KAZANTZIS (STATE BAR NO. 154612
kyrak@lawfoundation.org
JAMES F. ZAHRADKA (STATE BAR NO. 196822)
jamesz@lawfoundation.org
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
JESSICA L. FRY (STATE BAR NO. 264480)
jessicaf@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiffs DAVID and BARBARA WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS,<br><br>Plaintiffs,<br><br>— v.—<br><br>JP MORGAN CHASE BANK, N.A, U.S. BANK NATIONAL ASSOCIATION, CALIFORNIA RECONVEYANCE CORPORATON and DOES 1-50,<br><br>Defendants. | Case No. C 11-02780 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiffs David and Barbara Watts ("the Wattses") and Defendant JP Morgan Chase, N.A, U.S. Bank National Association, and California Reconveyance Corporation and their respective attorneys of record that:

(1) David and Barbara Watts recently retained the Fair Housing Law Project as counsel. The Watts filed a substitution of counsel on Wednesday, June 29, 2011. Previously, the Watts were proceeding with the instant litigation pro se;

(2) Because the Watts were unrepresented when they filed the instant action and they have just retained counsel, the Watts may file a First Amended Complaint in this action on or before July 15, 2011;

(3) The Wattses amendment adds an additional cause of action for violations of California's Fair Employment and Housing Act ("FEHA") and clarifies the Equal Credit Opportunity Act ("ECOA") and Business and Professions Code Section 17200 ("UCL") claims set forth in the Wattses Complaint filed on May 12, 2011;

(4) The Wattses will likely dismiss some of the causes of action alleged in the original complaint.

(5) The Wattses filing of a First Amended Complaint in this action does not constitute waiver or admission by any party; and

(6) The Parties may sign this stipulation by facsimile and in counterparts, the sum of which constitute an entire document.

Respectfully submitted,

Dated: June 30, 2011                FAIR HOUSING LAW PROJECT

                                    ___/S/_____
                                    Annette D. Kirkham
                                    Attorneys for Plaintiffs

Dated: June 30, 2011                BRYAN CAVE LLP

                                    ___/S/_____
                                    Goli Mahdavi
                                    Attorneys for Defendants, JP MORGAN CHASE BANK, NA, US BANK NATIONAL ASSOCIATION, and CALIFORNIA RECONVEYANCE CORPORATION.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2011, at San Jose, California.

                                    ___/s/_____
                                    Annette D. Kirkham

## [~~PROPOSED~~] ORDER

Having considered this STIPULATION and good cause appearing, it is hereby ordered that Plaintiffs David and Barbara Watts may file a First Amended Complaint in this action on or before July 15, 2011.

IT IS SO ORDERED.

Dated: July 12, 2011

_____
United States District Court Judge Lucy H. Koh