UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS, husband and wife,<br><br>Plaintiffs,<br>v.<br><br>WASHINGTON MUTUAL BANK, FA; FDIC; JP MORGAN CHASE BANK NA; CALIFORNIA RECONVEYANCE COMPANY; U.S. BANK, NA; LA SALLE BANK, NA, as Trustee for Certificate of Holder of Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-0A1; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 11-CV-2780-LHK<br><br>ORDER DENYING MOTION TO STRIKE AND MOTIONS TO DISMISS AS MOOT |

On June 14, 2011, Defendant FDIC, as receiver for Washington Mutual Bank, filed a Motion to Strike Punitive Damages, Statutory Damages, Injunctive Relief, Equitable Relief, and Attorney's Fees from Plaintiffs' Complaint and a Motion to Dismiss Plaintiffs' Complaint. Dkt. Nos. 6 and 9 ("FDIC's motions"). Also on June 14, Defendants California Reconveyance Company, JPMorgan Chase Bank National Association, and US Bank National Association filed a Motion to Dismiss Plaintiffs' Complaint. Dkt. No. 8 ("Remaining Defendants' motion"). For the reasons discussed below, these three motions are DENIED as MOOT.

1

Case No.: 11-CV-2780-LHK
ORDER DENYING MOTION TO STRIKE AND MOTIONS TO DISMISS AS MOOT

1   On July 12, 2011, the Court issued an Order , pursuant to the parties' stipulation, dismissing all of Plaintiffs' Causes of Action against the Federal Deposit Insurance Corporation ("FDIC") as receiver of Washington Mutual Bank (erroneously sued as "Washington Mutual Bank, FA" and "FDIC"), Washington Mutual Bank, and the FDIC, with prejudice.  *See* Dkt. No. 25.  Therefore, FDIC's motions are MOOT, and are therefore DENIED, with prejudice.

On July 12, 2011, the Court issued an Order, pursuant to the parties' stipulation, granting Plaintiffs leave to amend their complaint.  As a result, as the Remaining Defendants acknowledge in their Case Management Statement, *see* Dkt. No. 30, at 3, the Remaining Defendants' motion to dismiss, is MOOT, and is therefore DENIED.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-2780-LHK
ORDER DENYING MOTION TO STRIKE AND MOTIONS TO DISMISS AS MOOT