**BRYAN CAVE LLP**
C. Scott Greene, California Bar no. 277445
Sean Muntz, California Bar No. 223549
Goli Mahdavi, California Bar No. 245705
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  scott.greene@bryancave.com
    sean.muntz@bryancave.com
    goli.mahdavi@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and U.S. BANK, N.A., as successor trustee to BANK OF AMERICA, N.A. (erroneously sued as U.S. BANK, N.A.)

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS,<br><br>    Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE, LLC; U.S. BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants. | Case No. 5:11-cv-02780-LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT MAY 9, 2012 CASE MANAGEMENT CONFERENCE** |

C022167/0323173/79884.1

Pursuant to Rule 16-10(a) of the Civil Local Rules of the united States District Court for the Northern District of California, Defendants JPMORGAN CHASE BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and U.S. BANK, N.A., as successor trustee to BANK OF AMERICA, N.A. (erroneously sued as U.S. BANK, N.A.), (collectively, "Defendants"), hereby request to participate by telephone in the Case Management Conference in the above-entitled case currently scheduled for May 9, 2012.

Dated: April 23, 2012

BRYAN CAVE LLP
C. Scott Greene
Sean D. Muntz
Goli Mahdavi

By: /s/ Goli Mahdavi
    Goli Mahdavi
Attorneys for Defendants
JPMORGAN CHASE BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and U.S. BANK, N.A., as successor trustee to BANK OF AMERICA, N.A. (erroneously sued as U.S. BANK, N.A.)