United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID A. WATTS, and BARBARA I. WATTS, husband and wife,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JP MORGAN CHASE BANK NA; CALIFORNIA RECONVEYANCE COMPANY; U.S. BANK, NA; LA SALLE BANK, NA, as Trustee for Certificate of Holder of Zuni Mortgage Loan Trust 2006-OA1 Mortgage Loan Pass-Through Certificates, Series 2006-0A1; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 11-CV-2780-LHK<br><br>ORDER DENYING STIPULATION |

The parties have filed a stipulation extending the briefing schedule on the pending motion to dismiss by two days. Unfortunately, the briefing schedule proposed by the parties does not give the Court enough time to consider all of the papers and arguments before the hearing set on August 9, 2012. Specifically, the parties have not provided two weeks between the filing of the reply and the hearing date. *See* Civ. L. R. 7-2(a); 7-3(a)-(c). Accordingly, the stipulation and proposed order is DENIED.

**IT IS SO ORDERED.**

Dated: July 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CV-02780-LHK
ORDER DENYING STIPULATION