**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DAVID A. WATTS, and BARBARA I. WATTS, husband and wife, | ) ) ) | Case No.: 11-CV-2780-LHK |
|---|---|---|
| Plaintiffs, | ) ) | ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR |
| v. | ) ) | SUMMARY JUDGMENT AND |
| JP MORGAN CHASE BANK NA, et al., | ) ) | PRETRIAL CONFERENCE |
| Defendants. | ) ) ) | |

On July 5, 2012, Plaintiffs filed a motion for summary judgment. Dkt. No. 62. A hearing on the motion was set for August 9, 2012. *See* Dkt. No. 58. On July 25, 2012, the parties stipulated to continuing the motion hearing to August 23, 2012, at 1:30 p.m. *See* Dkt. No. 67. Accordingly, the Court continues the summary judgment motion hearing to August 23, 2012, at 1:30 p.m. and correspondingly continues the pretrial conference to September 6, 2012, at 1:30 p.m. Jury trial remains set for September 10, 2012 at 9 a.m. in courtroom 8, 4th floor.

The parties have repeatedly requested continuances for the purpose of settlement negotiations throughout this case. *See, e.g.*, Dkt. Nos. 57, 65, 67. The Court will not grant any further continuances for this purpose.

**IT IS SO ORDERED.**

1

Case No.: 11-CV-2780-LHK
ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PRETRIAL CONFERENCE

Dated: July 26, 2012

_____

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No.: 11-CV-2780-LHK
ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PRETRIAL
CONFERENCE