**BRYAN CAVE LLP**
C. Scott Greene, California Bar no. 277445
Sean Muntz, California Bar No. 223549
Goli Mahdavi, California Bar No. 245705
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  scott.greene@bryancave.com
  sean.muntz@bryancave.com
  goli.mahdavi@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and U.S. BANK, N.A., as successor trustee to BANK OF AMERICA, N.A. (erroneously sued as U.S. BANK, N.A.)

APPROVED
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, NA; CHASE HOME FINANCE, LLC; U.S. BANK, NA; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1 through 50,<br><br>Defendants. | Case No. 5:11-cv-02780-LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 23, 2012 MOTION FOR SUMMARY ADJUDICATION AND CASE MANAGEMENT CONFERENCE** |

C022167/0323173/98503.1

1  Pursuant to Rule 16-10(a) of the Civil Local Rules of the united States District Court for
2  the Northern District of California, Defendants JPMORGAN CHASE BANK, NA;
3  CALIFORNIA RECONVEYANCE COMPANY; and U.S. BANK, N.A., as successor trustee to
4  BANK OF AMERICA, N.A. (erroneously sued as U.S. BANK, N.A.), (collectively,
5  "Defendants"), hereby request to participate by telephone in the Motion for Summary
6  Adjudication and Case Management Conference in the above-entitled case currently scheduled for
7  August 23, 2012.

Dated: August 16, 2012                BRYAN CAVE LLP
                                      C. Scott Greene
                                      Sean D. Muntz
                                      Goli Mahdavi

                                      By:    /s/ Goli Mahdavi
                                              Goli Mahdavi
                                      Attorneys for Defendants
                                      JPMORGAN CHASE BANK, NA; CALIFORNIA
                                      RECONVEYANCE COMPANY; and U.S. BANK,
                                      N.A., as successor trustee to BANK OF AMERICA,
                                      N.A. (erroneously sued as U.S. BANK, N.A.)