KYRA A. KAZANTZIS (STATE BAR NO. 154612)
kyrak@lawfoundation.org
JAMES F. ZAHRADKA (STATE BAR NO. 196822)
jamesz@lawfoundation.org
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
NADIA AZIZ (STATE BAR NO. 252966)
nadia.aziz@lawfoundation.org
KATHERINE M. LEHE (STATE BAR NO. 273472)
katherine.lehe@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA  95112
Telephone:  (408) 280-2410
Facsimile:  (408) 293-0106

Attorneys for Plaintiffs DAVID and BARBARA WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| DAVID A. WATTS and BARBARA I. WATTS,<br><br>Plaintiffs,<br><br>— v.—<br><br>JP MORGAN CHASE BANK, N.A, U.S. BANK NATIONAL ASSOCIATION, CALIFORNIA RECONVEYANCE CORPORATON and DOES 1-50,<br><br>Defendants. | Case No. C 11-02780 LHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

The parties have reached a settlement in this matter.  Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the settlement agreement executed by the parties.  Attached as Exhibit A is a redacted version of the Agreement.

The parties request that the Court retain jurisdiction to enforce the Settlement Agreement for 30 days from the execution of the agreement.

Respectfully submitted,

Dated:  August 29, 2012          FAIR HOUSING LAW PROJECT

                                 ____/S/_____
                                 Annette D. Kirkham
                                 Attorneys for Plaintiffs


Dated:  August 29, 2012          BRYAN CAVE LLP

                                 ____/S/_____
                                 Goli Mahdavi
                                 Attorneys for Defendants, JP MORGAN CHASE BANK, NA,
                                 US BANK NATIONAL ASSOCIATION, and CALIFORNIA
                                 RECONVEYANCE CORPORATION.


### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 29, 2012, at San Jose, California.

                                 ____/s/_____
                                 Annette D. Kirkham

Stipulation for Dismissal and [Proposed] Order
C11-02780 LHK

1
2

## [PROPOSED] ORDER

3
4

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered

5
that this action is dismissed in its entirety with prejudice subject to the terms of the settlement agreement

6
executed by the parties.  The Court will retain jurisdiction to enforce the settlement agreement for 30 days

7
from the date of the execution of the agreement.

8
Dated: __August 30, 2012__

9
Honorable Lucy H. Koh

10
United States District Court Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Dismissal and [Proposed] Order
C11-02780 LHK